UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                                      )    No. 4:24CR343
          Plaintiff,       )
                                      )
v.                                )
                                      )
MICHAEL HILL,              )
                                      )
          Defendant.     )

## DEFENDANT HILL'S MOTION FOR LEAVE TO FILE AMENDED EXHIBIT LIST

Defendant Michael Hill, through counsel, and respectfully requests leave to file his amended exhibit list out of time.

WHEREFORE, Defendant requests he be allowed to file his amended exhibit list and for such other relief as the Court deems just and proper.

Respectfully submitted,

TRAVIS NOBLE, P.C.

/s/ Travis L. Noble, Jr.
TRAVIS L. NOBLE, JR. #50389 MO
Attorney for Defendant
8000 Maryland Ave., Ste. 910
Clayton, MO  63105
314-721-6040/314-721-8545 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on February March 1, 2026 a copy of the above document was filed electronically with the Clerk of the Court in the United States District Court, Eastern District of Missouri and to be served by the operation of the Court's electronic filing system upon all attorneys of record.

/s/ Travis L. Noble, Jr.